IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT M. SUTOR AND | : | |
| TERESA Y. SUTOR | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 06-1371 |
| FEDERAL EMERGENCY | : | |
| MANAGEMENT AGENCY, | : | |
| LIBERTY MUTUAL FIRE INSURANCE | : | |
| COMPANY, AND M&N | : | |
| ADJUSTING, INC. | : | |

_____

| | | |
|---|---|---|
| ROBERT M. SUTOR AND | : | |
| TERESA Y. SUTOR | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 07-2477 |
| FEDERAL EMERGENCY | : | |
| MANAGEMENT AGENCY, | : | |
| LIBERTY MUTUAL FIRE INSURANCE | : | |
| COMPANY, AND PILOT | : | |
| CATASTROPHE SERVICES, INC. | : | |

## **ORDER**

AND NOW, this 23rd day of November, 2009, upon consideration of the Defendant, Liberty Mutual Fire

Insurance Company's Motion for Summary Judgment (06-1371, Doc. No. 33), and all documents submitted in support

thereof and in opposition thereto, it is ORDERED that the Motion is GRANTED. Judgment is hereby entered in favor

of Defendant Liberty Mutual Fire Insurance Company.


IT IS SO ORDERED.

BY THE COURT:


/s/ _R. Barclay Surrick_
U.S. District Judge